UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 23-cv-81144-ROSENBERG/Reinhart

H.B.,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
A Foreign corporation, and
MARGARITAVILLE AT SEA, LLC.,
A Delaware Limited Liability Company,

    Defendant.
_____/

## NOTICE OF RELATED CASES

Defendant, CLASSICA CRUISE OPERATOR LTD., INC., by and through the undersigned counsel, hereby files this Notice of Related Cases to notify the Court that the following case is related to Plaintiff's case, as it arises out of the same incident in which Plaintiff was involved which occurred on or about May 6, 2023:

- *Jane Doe v. Classica Cruise Operator, Ltd.*, Case No. 23-cv-81599-CANNON/McCabe.

Dated:  January 23, 2024
            Miami, Florida

                              Respectfully submitted,

                              **FOREMAN FRIEDMAN, P.A.**

                        BY: ***/s/ Marian L. Rivera***_____
                              Jeffrey E. Foreman, Esq. (FBN 0240310)
                              jforeman@fflegal.com
                              Darren W. Friedman, Esq. (FBN 0146765)
                              dfriedman@fflegal.com
                              Marian L. Rivera, Esq. (FBN 127420)
                              mrivera@fflegal.com

One Biscayne Tower, Suite 2200
2 South Biscayne Boulevard
Miami, FL  33131
Tel: 305-358-6555/Fax: 305-374-9077
*Counsel for Defendant, Classica Cruise Operator, Ltd., Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on January 23, 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Marian L. Rivera*_____
         Marian L. Rivera, Esq.

## SERVICE LIST

| | |
|---|---|
| Phillip M. Gerson, Esq. <br> pgerson@gslawusa.com <br> filing@ghlawusa.com <br> vdelarosa@gslawusa.com <br> Nicholas I. Gerson, Esq. <br> ngerson@gslawusa.com <br> Edward S. Schwartz, Esq. <br> eschwartz@gslawusa.com <br> GERSON & SCHWARTZ, P.A. <br> 1980 Coral Way <br> Miami, Florida 33145 <br> Tel: 305-371-6000/ Fax: 305-371-5749 <br> *Counsel for Plaintiff* | Jeffrey E. Foreman, Esq. <br> jforeman@fflegal.com <br> kfehr@fflegal.com <br> Darren W. Friedman, Esq. <br> dfriedman@fflegal.com <br> sargy@fflegal.com <br> lvargas@fflegal.com <br> Marian L. Rivera, Esq. <br> mrivera@fflegal.com <br> FOREMAN FRIEDMAN, PA <br> One Biscayne Tower – Suite #2200 <br> 2 South Biscayne Boulevard <br> Miami, Florida 33131 <br> Tel: 305-358-6555/ Fax: 305-374-9077 <br> *Counsel for Defendant, Classica Cruise Operator, Ltd., Inc.* |