UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PALM BEACH DIVISION

CASE NO. 9:23-cv-81144-RLR

H.B.,

    Plaintiff,

v.

CLASSICA CRUISE OPERATOR LTD. INC.
A Foreign corporation, and
MARGARITAVILLE AT SEA, LLC,
A Delaware Limited Liability Company,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel pursuant Local Rule 11.1(d)(3), hereby files this Motion to Withdraw as Counsel of Record for Plaintiff, H.B., in the above-referenced matter, and states as follows:

1. Undersigned counsel no longer represents Plaintiff, H.B., in this action.

2. Plaintiff, H.B., has retained Morgan & Morgan, P.A. to represent her for the remainder of the litigation of this case.

3. Attorneys William Lewis, David L. Luck, and Carissa M. Peebles, of Morgan & Morgan, P.A., have filed Notices of Appearance on behalf of the Plaintiff.

4. The substitution of counsel will not cause any delays in the course of the litigation of this case.

*H.B. v. Classica Cruise Operator*
*Case No.  9:23-vv-81144-RLR*

WHEREFORE, undersigned counsel moves for the entry of an order allowing Gerson & Schwartz, P.A. to withdraw as counsel of record for Plaintiff H.B.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 8, 2024, I served the foregoing to all counsel of record or pro se parties identified on the attached Service List.

> ***/s/PHILIP M. GERSON***
> EDWARD S. SCHWARTZ
> Florida Bar No. 346721
> eschwartz@gslawusa.com
> ydelarosa@gslawusa.com
> NICHOLAS I. GERSON
> Florida Bar Number No. 0020899
> ngerson@gslawusa.com
> DAVID MARKEL
> Florida Bar No. 78306
> dmarkel@gslawusa.com
> PHILIP M. GERSON
> Florida Bar No. 127290
> pgerson@gslawusa.com
> filing@gslawusa.com
> GERSON & SCHWARTZ, P.A.
> Attorneys for Plaintiffs
> 1980 Coral Way
> Miami, Florida 33145
> Telephone:     (305) 371-6000
> Facsimile:      (305) 371-5749

*H.B. v. Classica Cruise Operator*
*Case No.  9:23-vv-81144-RLR*

# SERVICE LIST

## H.B. v. CLASSICA CRUISE OPERATOR LTD. INC., et. al.

### CASE NO. 9:23-cv-81144-RLR

| | |
|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz, Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>ydelarosa@gslawusa.com<br>filing@gslawusa.com<br>GERSON& SCHWARTZ, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:     (305) 371-6000<br>Facsimile:     (305) 371-5749<br>***Attorneys for Plaintiff*** | **Jeffrey E. Foreman, Esq**.<br>jforeman@fflegal.com<br>kfehr@fflegal.com<br>**Darren W. Friedman, Esq.**<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>**Marian L. Rivera, Esq**.<br>mrivera@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555<br>Fax: 305-374-9077<br>***Attorneys for Defendant*** |