IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-81144-ROSENBERG/Reinhart

H.B.,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR,
LTD., INC.,

    Defendant.
_____/

## MEDIATION REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on May 30, 2024. The disposition was as follows:

__X__   The entire action was resolved at Mediation.

_____   A partial resolution was achieved. Some issues remain for disposition by the Court.

_____   The Mediation was adjourned, and the parties intend to reconvene for Mediation before trial.

_____   An impasse was reached.

Respectfully submitted,

____s/Cori Flam Meltzer____
Cori Flam Meltzer
Florida Bar No. 71889
CFM Mediation, L.L.C.
4600 Sheridan Street, Suite 400
Hollywood, FL 33021
Phone: (954) 554-8412
Fax: (954) 989-8033
Email: cori@cfmmediation.com

## SERVICE LIST

**Attorneys for Plaintiff**
Carissa M. Peebles, Esq.
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
cpeebles@forthepeople.com
emojica@forthepeople.com
ataveras@forthepeople.com
fpapalie@forthepeople.com
npollock@forthepeople.com

William Lewis, Esq.
Morgan & Morgan, P.A.
1700 Palm Beach Lakes Blvd., Ste. 500
West Palm Beach, FL 33401
WLewis@forthepeople.com
DHouse@forthepeople.com
NBarrus@forthepeople.com

David L. Luck, Esq.
Morgan & Morgan, P.A.
703 Waterford Way, Ste. 1000
Miami, FL 33126
dluck@forthepeople.com
jmperdomo@forthepeople.com

**Attorneys for Defendant**
Jeffrey E. Foreman, Esq.
Darren W. Friedman, Esq.
Lizbeth Michel-Escandell, Esq.
Brasilia Echevarria, Esq.
Foreman Friedman, PA
2 S. Biscayne Blvd., Suite 2200
Miami, FL 33131
jforeman@fflegal.com
DFriedman@fflegal.com
Lmichel-escandell@fflegal.com
bechevarria@fflegal.com
SArgy@fflegal.com