UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: 23-cv-81144- REINHART

H.B.,

    Plaintiff,

vs.      **CONSENT CASE**

CLASSICA CRUISE OPERATOR LTD., INC.,
A Foreign corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, H.B. ("Plaintiff), and Defendant, CLASSICA CRUISE OPERATOR LTD., INC. ("Classica" or "Defendant"), by and through undersigned counsel, and pursuant to Local Rule 16.4, hereby file this Joint Notice of Settlement advising the Court that the parties have reached a settlement of all claims in this matter. Upon completion of the settlement process, the parties will file a Joint Stipulation of Dismissal with Prejudice.

Dated: May 31, 2024

Respectfully submitted,

By: */s/ Carissa Peebles*  
Carissa Peebles, Esq.  
cpeebles@forthepeople.com  
David L. Luck, Esq.  
dluck@forthepeople.com  
William Lewis, Esq.  
wlewis@forthepeople.com  
MORGAN & MORGAN  
8151 Peters Road, 4th Floor  
Plantation, Florida 33324  
Tel: 954-694-9611  
Fax: 954-694-9696  

By: */s/ Darren W. Friedman*  
Darren W. Friedman, Esq.  
dfriedman@forthepeople.com  
Jeffrey E. Foreman, Esq.  
jforeman@fflegal.com  
Brasilia Echevarria, Esq.  
bechevarria@fflegal.com  
FOREMAN FRIEDMAN, P.A.  
One Biscayne Tower – Suite #2200  
2 South Biscayne Boulevard  
Miami, Florida 33131  
Tel: 305-358-6555

| | |
|---|---|
| *Counsel for Plaintiff* | Fax: 305-374-9077 |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on May 31, 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Darren W. Friedman*
Darren W. Friedman, Esq.

## SERVICE LIST

| | |
|---|---|
| Carissa M. Peebles, Esq.<br>cpeebles@forthepeople.com<br>emojica@forthepeople.com<br>ataveras@forthepeople.com<br>fpapalie@forthepeople.com<br>npollock@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>8151 Peters Road, Suite 4000<br>Plantation, FL 33324<br>Tel: 954-694-9611/ Fax: 954-694-9696<br>William Lewis, Esq.<br>WLewis@forthepeople.com<br>DHouse@forthepeople.com<br>NBarrus@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>1700 Palm Beach Lakes Blvd., Ste. 500<br>West Palm Beach, FL 33401<br>Tel.: 561-227-5858 / Fax: 561-227-5859<br>David L. Luck, Esq.<br>dluck@forthepeople.com<br>jmperdomo@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>703 Waterford Way, Ste. 1000<br>Miami, FL 33126<br>Tel: 786-843-4637 / Fax: 786-450-5883<br>*Counsel for Plaintiff H.B.* | Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>kfehr@fflegal.com<br>Darren W. Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>Brasilia Echevarria, Esq.<br>mrivera@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower – Suite #2200<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555/ Fax: 305-374-9077<br>*Counsel for Defendant, Classica Cruise Operator, Ltd., Inc.* |